UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFFORDO, INC.,

                Plaintiff,

    - against -

GUANGZHOU XINGXING COTTON TECHNOLOGY
R&D CO., LTD.,

                Defendant.

26-cv-1848 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with the defendant's motion for a preliminary injunction on **Wednesday, May 6, 2026 at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         May 1, 2026

                      John G. Koeltl
             United States District Judge