UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AFFORDO, INC.,

                         Plaintiff,              26-cv-1848 (JGK)

          - against -                            ORDER

GUANGZHOU XINGXING COTTON TECHNOLOGY
R&D CO., LTD.,

                         Defendant.
_____

JOHN G. KOELTL, District Judge:

     As discussed at the telephone conference today, the plaintiff may respond to the defendant's motion for a preliminary injunction by **May 27, 2026.** The defendant may reply by **June 12, 2026.** The plaintiff's letter motion for expedited discovery and an evidentiary hearing, ECF No. 15, is **denied without prejudice.**

     The Clerk is instructed to close ECF No. 15.

SO ORDERED.

Dated:    New York, New York
          May 6, 2026

                                    _____
                                            John G. Koeltl
                                    United States District Judge