UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFORDO, INC.,

                              Plaintiff,                    26-cv-1848 (JGK)

        - against -                                         Order

GUANGZHOU XINGXING COTTON
TECHNOLOGY R&D CO., LTD.,

                              Defendant.

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 4, 2026.**

**SO ORDERED.**

Dated:     New York, New York
           May 21, 2026

                                            _____
                                            John G. Koeltl
                                            **United States District Judge**