UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AFFORDO, INC.,
Plaintiff(s)

26 civ 1848 (JGK)

-against-

GUANGZHOU XINGXING COTTON TECHNOLOGY R&D CO., LTD,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, July 28, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026