**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

AFFORDO, INC.,
YIWU XIAOCHUANG E-COMMERCE CO., LTD.,

Plaintiffs,

-against-

GUANGZHOU XINGXING COTTON TECHNOLOGY R&D CO., LTD.,

Defendant.

---------------------------------------------------------------x

26-CV-1848 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on September 9, 2026. As **ORDERED** at the conference:

1. The parties must file their amended protective order by **Wednesday, September 23, 2026.**
2. The parties must review the local patent rules and supplement the stricken portion of their 26(f) report by **Wednesday, September 23, 2026.**
3. The parties are directed to file a joint status letter on the last business Friday of every month, beginning on **October 30, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 10, 2026
New York, New York